James A. Michel #184730
attymichel@gmail.com
2912 Diamond Street, Suite 373
San Francisco, California  94131
Tel:  (415) 239-4949
Fax:  (415) 239-0156

Attorney for Plaintiffs
YANNICK WYN-LEMMA and
WYN TUNNICLIFF

Aaron K. McClellan #197185
amcclellan@mpbf.com
Jonathan M. Blute #240751
jblute@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Tel:   (415) 788-1900
Fax:   (415) 393-8087

Attorneys for Defendants
ELECTRONIC DOCUMENT PROCESSING, INC.,
and OSCAR ARELLANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANNICK WYN-LEMMA, an individual, and WYN TUNNICLIFF, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ELECTRONIC DOCUMENT PROCESSING, INC., a California corporation; OSCAR ARELLANO, individually and in his official capacity; and DOES 1 through 10, inclusive, <br><br> Defendants. | **Case No.: 3:14-CV-05248 EDL** <br><br> **STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT, AND TO CONTINUE FRCP 26(F) AND ADR DEADLINES AND CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** <br><br> **L.R. 6-2** <br><br> Judge: Hon. Elizabeth D. Laporte <br> Ctrm:  E, 15th Floor <br> Loc'n: 450 Golden Gate Avenue <br>             San Francisco, CA 94102 |

Pursuant to L.R. 6-2, plaintiffs YANNICK WYN-LEMMA and WYN TUNNICLIFF and defendants ELECTRONIC DOCUMENT PROCESSING, INC. and OSCAR ARELLANO stipulate to the following:

1. Defendants response to the complaint is currently due on February 3, 2015, after each Defendant executed a waiver of service of summons via counsel on January 5, 2015, which waivers were filed on January 8, 2015;

2. The parties wish to initiate informal settlement discussions. The parties believe that a thirty (30) day extension of time to respond to the complaint through Thursday, March 5, 2015 will facilitate settlement discussions and increase the possibility that this case may be resolved quickly;

3. The parties believe that an extension of the FRCivP 26(f) and ADR Deadlines, and a continuance of the Initial Case Management Conference currently scheduled for February 24, 2015, would similarly facilitate resolution by allowing the parties to focus on settlement discussions;

4. No previous agreements to extend time have been made;

5. The requested time modification would require that the Court continue the deadlines and dates as listed in the Order Setting Initial Case Management Conference and ADR Deadlines accordingly;

6. Pursuant to the foregoing, the parties request that the Court extend Defendants' time to file the response to the initial complaint to March 5, 2014 and that the Court cancel the Order Setting Initial Case Management Conference and ADR Deadlines and issue a new Order.

[SIGNATURE PAGE FOLLOWS]

| | | |
|---|---|---|
| 1 | Dated:  February 3, 2015 | LAW OFFICES OF JAMES A. MICHEL |
| 2 | | |
| 3 | | By:  /s/ James A. Michel |
| 4 | | James A. Michel<br>Attorneys for Plaintiff |
| 5 | | YANNICK WYN-LEMMA and<br>WYN TUNNICLIFF |
| 6 | | |
| 7 | Dated:  February 3, 2015 | MURPHY, PEARSON, BRADLEY & FEENEY |
| 8 | | |
| 9 | | By:  /s/ Jonathan M. Blute |
| 10 | | Jonathan M. Blute<br>Attorneys for Defendants |
| 11 | | ELECTRONIC DOCUMENT<br>PROCESSING, INC. and |
| 12 | | OSCAR ARELLANO |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Defendant's time to respond to the complaint is extended to March 5, 2015.  The Case Management Conference is continued to March 31, 2015 at 10:00 am.  A case management statement must be filed no later than March 24, 2015.

DATED:  February 4, 2015

_Elizabeth D. Laporte_
Honorable Elizabeth D. Laporte
United States Magistrate Judge